UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHASE WAYMAN,**
**INSTITUTIONAL ID NO. 24-7509,**

   Plaintiff,

v.   No. 4:24-cv-0105-P

**TARRANT COUNTY, ET AL.,**

   Defendants.

## FINAL JUDGMENT

   In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's complaint is **DISMISSED**. *See* FED. R. CIV. P. 58.

   **SO ORDERED** on this **13th day** of **June 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE